

# NUMBER 13-15-00336-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JUAN ANGEL GARCIA,                                                                  Appellant,

v.

BERRY WILKINS AND GOOD SAMARITAN
RESCUE MISSION, INC.,                                                              Appellees.

### On Appeal from the County Court at Law No. 1
### of Nueces County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Benavides and Perkes**
**Memorandum Opinion Per Curiam**

Appellant, Juan Angel Garcia, appeals a judgment following a jury trial in cause number 2014-CCV-60918-1 in County Court at Law No. 1 of Nueces County, Texas. Appellant has now filed a motion to dismiss his appeal on grounds that he no longer desires to prosecute it.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* Tex. R. App. P. 42.1(a). Accordingly, the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Pending motions, if any, are likewise DISMISSED.

Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
31st day of August, 2015.

2